**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6253**

DAVID WILLIAM LINDER,

             Plaintiff - Appellant,

        v.

JEROME B. FRIEDMAN, Individually and in his official capacity,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (3:07-cv-00292-RLW)

Submitted:  June 26, 2008          Decided:  July 1, 2008

Before KING and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

David William Linder, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David William Linder appeals the district court's order adopting the recommendation of the magistrate judge and dismissing Linder's civil rights complaint, filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>See</u> <u>Linder v. Friedman</u>, No. 3:07-cv-00292-RLW (E.D. Va. Jan. 7, 2008).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>